**Order entered March 1, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00194-CR

## EDWARD LAMAR PORTER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00712-T

## ORDER

On February 26, 2021, State's exhibit 28, the DVD of appellant's interview with police, was filed. In light of this, we **VACATE** our February 24, 2021 order to the extent it orders court reporter Vearneas Faggett not to sit as a court reporter.

We **GRANT** appellant's February 22, 2021 motion and **ORDER** appellant's brief due by March 26, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official

court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and counsel for all parties.

/s/ DENNISE GARCIA
JUSTICE